**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sharde Ashford,
Plaintiff(s),
v.
Global Industrial Services Inc.,
Defendant(s).

Case No. 2:26-cv-01936-CDS-DJA

**Order**

Given counsel's representations of futility, Docket No. 19, the Court **VACATES** the early neutral evaluation. The Court **INSTRUCTS** the Clerk's Office to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: November 4, 2026

Nancy J. Koppe
United States Magistrate Judge